UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ALLEN DAVIS, JR., | No. 2:25-cv-0990 SCR P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file a second amended complaint.

3. If plaintiff fails to file a second amended complaint within the time provided, the court will proceed to screen the first amended complaint docketed on March 27, 2025.

DATED: September 3, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE