UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ALLEN DAVIS, JR., | No. 2:25-cv-0990-SCR |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a second amended complaint in this civil rights action. However, plaintiff did not sign the amended complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's second amended complaint unless he signs and re-files the amended complaint.

Accordingly, plaintiff is provided an opportunity to re-file his second amended complaint bearing his signature within 30 days from the date of this order. Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> second amended complaint.

   2. The Clerk of Court is directed to send to plaintiff a copy of the civil rights complaint form used in this district.

   3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: October 20, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE